# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00734-GPG-KAS

SAI NAVEEN LINGAM and
WARREN G. GREGORY, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

DISH NETWORK CORPORATION,
CHARLES W. ERGEN,
MARC ROUANNE, and
STEPHEN BYE,

      Defendants.

---

## JUDGMENT

---

In accordance with Federal Rule of Civil Procedure 54(d) and Order [#76] entered on March 20, 2025, by Judge Gordon P. Gallagher which is incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants' Motion to Dismiss The Second Amended Class Action [#66] is GRANTED.  It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED.  It is

FURTHER ORDERED that judgment shall enter in Favor of Defendants Dish Network Corporation, Charles W. Ergen, Marc Rouanne and Stephen Bye and against Plaintiffs Sai Naveen Lingam and Warren G. Gregory.

IT IS FURTHER ORDERED that, after judgment is entered, the Clerk of Court shall CLOSE this case.

DATED: March 31, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK:
By:     *s/L. Galera*

Deputy Clerk