FILED  
United States Court of Appeals  
Tenth Circuit

February 17, 2026

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

SAI NAVEEN LINGAM; WARREN W. GREGORY, individually and on behalf of all others similarly situated,

    Plaintiffs - Appellants,

v.

DISH NETWORK CORPORATION; CHARLES W. ERGEN; MARC ROUANNE; STEPHEN BYE; DAVE MAYO,

    Defendants - Appellees.

No. 25-1157  
(D.C. No. 1:23-CV-00734-GPG-KAS)  
(D. Colo.)

_____

**JUDGMENT**

_____

Before **HOLMES**, Chief Judge, **MATHESON**, Circuit Judge, and **HEIL**,[*] Chief District Judge.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

                                    Entered for the Court

                                    Per Curiam

---

[*] The Honorable John F. Heil, Chief District Judge, United States District Court, Northern District of Oklahoma, sitting by designation.